**Order filed, May 30, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-00284-CV
_____

**ROBIN D. BAIWIR AND STACY L. BAIWIR, Appellant**

**V.**

**BANK OF AMERICA, N.A., OCWEN LOAN SERVICING, LLC AND U.S. BANK, NATIONAL ASSOCIATION, Appellee**

---

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2011-43636**

---

### ORDER

The reporter's record in this case was due **May 12, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cynthia Berry**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM